UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JEAN EMMANUEL RODRIGUEZ,

    Plaintiff,

v.

THE STATE OF NEW JERSEY, et al.,

    Defendants.

1:19-cv-626-NLH-JS

**ORDER**

---

**APPEARANCES:**

JEAN EMMANUEL RODRIGUEZ
100 NEW ROAD, APT. F3
SOMERS POINT, NEW JERSEY 08244

    Appearing *pro se*

**HILLMAN**, District Judge

    WHEREAS, Plaintiff, Jean Emmanuel Rodriguez, appearing *pro se*, filed a complaint [Docket No. 1] against Defendants the State of New Jersey, the County of Atlantic, the Atlantic County Prosecutor, the Atlantic County Public Defender, Judge Rodney Cunningham, John Bjorkland, and Jason Edler on January 15, 2019; and

    WHEREAS, the Court issued an Order [Docket No. 6] that dismissed the complaint without prejudice on March 25, 2020; and

    WHEREAS, the Court granted Mr. Rodriguez 20 days from the date of the Order (i.e., until April 14, 2020) to file an

amended complaint to address the deficiencies noted in the Order [Id.]; and

WHEREAS, pursuant to Standing Order 2020-04 (available at https://www.njd.uscourts.gov/sites/njd/files/20-04.pdf), the deadline for Mr. Rodriguez to amend his complaint was extended by 45 days, to May 29, 2020; and

WHEREAS, the Order specified that Mr. Rodriguez's complaint would be dismissed with prejudice if he failed to file an amended complaint within the allotted time period [Id.]; and

WHEREAS, Mr. Rodriguez did not file an amended complaint by May 29, 2020;

THEREFORE,

IT IS on this **1st** day of **JUNE** **2020**,

**ORDERED** that Mr. Rodriguez's complaint is **DISMISSED WITH PREJUDICE**, in its entirety.

At Camden, New Jersey

s/Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.